Hon. Lauren King

1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
9                AT TACOMA

10   JOHN NIBLER,                          CASE NO. 3:25-cv-05385-LK

11                      Plaintiff,
                v.
12                                         ORDER CONTINUING TRIAL
                                           DATE AND PRETRIAL
13   BNSF RAILWAY COMPANY,                 DEADLINES

14                      Defendant.
15

16
           This matter comes before the Court on the parties' Stipulated Motion to Continue Case
17
     Deadlines. Dkt. No. 15. Finding good cause, the Court GRANTS IN PART the motion.
18
     Pursuant to the Court's Scheduling Template, Dkt. No. 14 at 2, the Court continues the trial
19
     date and remaining pretrial deadlines as follows:
20

21   | Event | Date |
22   | --- | --- |
     | **JURY TRIAL SET FOR 9:00 a.m. on** | **October 13, 2026** |
23   | Length of trial | 10 days |
24   | Disclosure of expert testimony under FRCP 26(a)(2) due | February 27, 2026 |
25   | Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | March 30, 2026 |
26

| | |
|---|---|
| All motions related to discovery must be filed by | March 30, 2026 |
| Discovery completed by | April 28, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). | May 28, 2026 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | August 14, 2026 |
| All motions in limine must be filed by | September 8, 2026 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | September 21, 2026 |
| Trial briefs, proposed voir dire questions, and deposition designations due | September 28, 2026 |
| Pretrial conference scheduled at 10:00 a.m. on | October 2, 2026 |

DATED this 8th day of December, 2025.


Lauren King
United States District Judge

ORDER EXTENDING TRIAL DATE AND PRETRIAL
DEADLINES - 2